**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

EMPIRE HEALTH FOUNDATION, *et al.*,

    **Plaintiffs,**

     **v.**

XAVIER BECERRA, Secretary, U.S.
Department of Health and Human Services,

    **Defendant.**

**Civil Action No. 20-2149 (JEB)**

---

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Reconsideration is GRANTED IN PART and DENIED IN PART; and

2. Defendant shall file its supplemental brief on the TRAC factors by May 20, 2022; Plaintiffs shall file their opposition by June 3, 2022; and Defendant shall file its reply by June 10, 2022.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 6, 2022

1